FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SAMUEL E. JONES,<br><br>    Petitioner,<br><br>    v.<br><br>D. OLLISIN, Warden,<br><br>    Respondent. | NO. CV 06-2849-AHS (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: NOV 12 2008

 

*[signature]*
ALICEMARIE H. STOTLER
**CHIEF** United States District Judge