FILED
CLERK, U.S. DISTRICT COURT

NOV 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMUEL E. JONES, | NO. CV 06-2849-AHS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| D. OLLISIN, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: NOV 12 2008

ALICEMARIE H. STOTLER
CHIEF United States District Judge